AO 245D (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

FILED 12 APR 17 PM 12:55

SOUTHERN District of CALIFORNIA

UNITED STATES OF AMERICA
V.
MARCELINO SERRANO

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 106CR1055-BTM

JOHN LEMON
Defendant's Attorney

**REGISTRATION No.** 99211198

THE DEFENDANT:

[x] admitted guilt to violation of allegation(s) No. 1-2, 4-7

[x] was found in violation of allegation(s) No. 8-9 _____ after denial of guilt.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1-2 | Unlawful use of a controlled substance, Violent Crime Control Act |
| 4 | Unauthorized association with criminals/felons |
| 5-6 | Failure to participate in drug aftercare program |
| 7 | Failure to complete punitive RRC placement |
| 8 | Committed a federal, state or local offense |
| 9 | Possession of firearm/dangerous weapon |

Supervised Release is revoked and the defendant is sentenced as provided in pages 2 through __2__ of this judgment. This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

APRIL 9, 2012
Date of Imposition of Sentence

HON. BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

106CR1055-BTM

DEFENDANT: MARCELINO SERRANO
CASE NUMBER: 106CR1055-BTM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

FOURTEEN (14) MONTHS CONSECUTIVE TO THE SENTENCE IMPOSED IN SAN DIEGO SUPERIOR COURT CASE SCD236689

BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before _____

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

　Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL